UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 9:18-cv-81277-Reinhart

ADT LLC,

    Plaintiff,

        v.

ADAM SCHANZ, *et al.*,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** pursuant to Order, [DE 8 at 17, ¶ 18] that the parties have fully executed a settlement agreement that resolves all claims stated in this action. As provided by the settlement, ADT will serve a stipulation of dismissal of the action upon receipt of the payment of settlement funds according to the terms stated in the executed settlement agreement.

Dated:  November 7, 2019

        Respectfully submitted,

        **McNEW P.A.**

        /s/ C. Sanders McNew
        _____
        C. Sanders McNew
        mcnew@mcnew.net
        Florida Bar No. 0090561
        2385 NW Executive Center Drive, Suite 100
        Boca Raton, Florida  33431
        Tel:  (561) 299-0257

        *Counsel for the Plaintiff, ADT LLC*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this seventh day of November, 2019, I caused a true and correct copy of the foregoing Notice to be served by CM/ECF on all parties listed to receive electronic service for this case.

s/ C. Sanders McNew
_____
C. Sanders McNew
